UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPICE JAZZ, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>YOUNGEVITY INTERNATIONAL, INC., et al.,<br><br>                      Defendants. | Case No.: 19-CV-583-BAS-WVG<br><br>**ORDER ON JOINT MOTION FOR PROTECTIVE ORDER** |

      To maintain confidentiality in certain documents and information to be exchanged throughout this litigation, the Parties filed a Joint Motion for Protective Order and requested Judge Bashant's entry of same. (Doc. No. 41.) The Joint Motion is properly before this Court. Having reviewed and considered the Parties' submission, the Court DENIES the Joint Motion without prejudice. Should they continue to seek a protective order, the Parties are directed to file an amended joint motion for protective order that fully complies with this Court's Civil Chambers Rule No. V: Stipulated Protective Order Provisions for Filing Documents Under Seal, namely incorporating the language required under the Rule. Finally, the Parties shall lodge a proposed order on any future joint motion

/ / /

for protective order with this Court's Chambers, consistent with Local Civil Rule 7.2(c).

     **IT IS SO ORDERED.**

Dated: May 7, 2020

                                                 Hon. William V. Gallo
                                                 United States Magistrate Judge